IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RASHID HOLMAN,**

    Plaintiff,

v.                                          Civil Action No. **3:22CV307**

**SHERIFF ANTIONETTE IRVING,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on June 23, 2022, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or relocated. On August 15, 2022, the United States Postal Service returned a July 29, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." (ECF No. 11.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b).[1] Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                            /s/
                                                  M. Hannah Lauck
                                                  United States District Judge

Date: 8/24/22
Richmond, Virginia

---

[1] This Rule allows for dismissal "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order." Fed. R. Civ. P. 41(b).